UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK L. THATE,

      Plaintiff,                          Case No. 07-11370

v.                                     District Judge Victoria A. Roberts
                                        Magistrate Judge R. Steven Whalen

GENERAL MOTORS CORPORATION,

      Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO COMPEL DISCOVERY

For the reasons and under the terms stated on the record on December 10, 2007, Plaintiff's Motion to Compel Discovery [Docket #24] is GRANTED IN PART AND DENIED IN PART, as follows:

As to Plaintiff's Amended Interrogatory #1 and Request for Production #14, the motion is DENIED WITHOUT PREJUDICE, based on attorney-client privilege.

As to Plaintiff's Interrogatories #12 and #13, Defendant shall supplement its answers prior to the taking of scheduled depositions.

SO ORDERED.

                                                         S/R. Steven Whalen
                                                         R. STEVEN WHALEN
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: December 10, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 10, 2007.

                                          S/Gina Wilson
                                          Judicial Assistant